**IN THE UNITED STATES DISTRICT -COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION (AKRON)**

| | |
|---|---|
| EARIN AB, | ) Civil Action |
| | ) |
| Plaintiff, | ) No. 5:25-cv-01534 |
| | ) |
| v. | ) |
| | ) ***Electronically Filed*** |
| AUDIO-TECHNICA U.S., INC., | ) |
| | ) |
| Defendant. | ) **JURY TRIAL DEMANDED** |

**COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff, Earin AB ("Earin"), through its counsel, hereby alleges the following for its Complaint against Defendant, Audio-Technica U.S., Inc. ("Defendant" and/or "Audio-Technica"):

**NATURE OF THE CASE**

1. This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. §§ 101, *et seq.*, including U.S.C. § 271 for the infringement of United States Patent No. 9,402,120 ("the '120 Patent").

2. Defendant has been making, using, selling, offering for sale, and/or importing a line of wireless earbud products which enter an operational mode when disconnected from a charging case, and automatically attempt to connect with each other to form a true wireless connection between the earbuds, including without limitation the Audio-Technica ATH-TWX9, ATH-TWX7, ATH-CKS50TW, and ATH-CKS30TW+ Wireless Earbuds (the "Accused Products"), which infringe the '120 Patent in violation of 35 U.S.C. § 271.

3. Earin seeks appropriate damages and prejudgment and post-judgment interest for Audio-Technica's infringement of the '120 Patent.

No. 5:25-cv-01534

## PARTIES

4. Backed by the Kickstarter community in 2014, Earin launched the original true wireless stereo ("TWS") M-1 earbuds on October 6, 2015. Earin has for the past nine years been known as a leading innovator of Bluetooth-enabled wireless earphone technologies.

5. Earin is a Swedish corporation with a principal place of business at Dockgatan 27, 211 12 Malmö, Sweden.

6. On information and belief, Defendant is a Delaware corporation with a principal place of business at 1221 Commerce Drive, Stow, Ohio 44224.

## JURISDICTION & VENUE

7. This is an action for patent infringement arising under the Patent Laws of the United States, Title 35 of the United States Code.

8. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§1331 and 1338(a).

9. This Court has personal jurisdiction over Defendant by virtue of its systematic and continuous contacts with this jurisdiction and its residence in this District, as well as because the injury to Plaintiff and the cause of action alleged by Plaintiff has arisen in this District.

10. Defendant is subject to this Court's specific and general personal jurisdiction pursuant to its substantial business in this forum, including: (i) committing at least a portion of the infringements alleged herein in this judicial District; (ii) regularly doing or soliciting business, engaging in other persistent courses of conduct, and/or deriving substantial revenue from goods and services provided to individuals in this forum state and in this judicial District; and (iii) having a physical presence in this District.

11. On information and belief, Audio-Technica has committed and continues to commit acts of infringement in this Judicial District, and the claims addressed in this Complaint arise out of and relate to such acts, including at least by making, using, offering for sale, and selling the Accused Product within this District.

12. Venue is proper in this judicial district pursuant to 28 U.S.C. §1400(b) because Defendant resides in this district. See *TC Heartland v. Kraft Foods Group Brands LLC,* 137 S. Ct. 1514 (2017); *In re Google, LLC*, No. 2019-126, 2020 U.S. App. LEXIS 4588 (Fed. Cir. Feb. 13, 2020).

## EARIN'S U.S. PATENT NO. 9,402,120

13. On July 26, 2016, the United States Patent and Trademark Office duly and legally issued United States Patent No. 9,402,120, entitled "Wireless Earbuds." A true and correct copy of the '120 Patent is attached as Exhibit A. The priority date of the '120 Patent is no later than September 5, 2014.

14. The '120 Patent is, *inter alia*, directed to a wireless earbud system where the earbud housing includes a loudspeaker element, a rechargeable battery, and a printed circuit board, such that when an earbud is disconnected from a battery charger, it exits from an idle mode, enters into an operational mode, and attempts to pair with another earbud to operate in true wireless stereo (TWS) mode. According to the wireless earbud system of the '120 Patent, if the connection to the other earbud fails, the earbud will operate in a mono audio receiver mode, and if the earbud's connection to a streaming host device fails, the earbud will initiate a pairing procedure to reconnect with a host device.

15. Earin AB is the owner, by assignment, of all right, title, and interest in and to the '120 Patent, including the right to bring suit for past, present, and future patent infringement, and to collect past, present, and future damages.

16. The '120 Patent is valid and enforceable under the United States Patent Laws.

**COUNT I:**
**INFRINGEMENT OF THE '120 PATENT**

17. Earin incorporates by reference the allegations in the preceding paragraphs.

18. Audio-Technica has made, used, offered for sale, and/or sold the Accused Products that incorporate one or more of the inventions claimed in the '120 Patent within the United States.

19. Audio-Technica has infringed and continues to infringe, either literally or under the doctrine of equivalents, one or more claims, including at least claim 20 of the '120 patent in violation of 35 U.S.C. § 271, *et seq.*, by making, using, selling, and offering for sale, in this District and in the United States, the Accused Products.

20. Claim 20 of the '120 Patent provides:

> [Preamble] A wireless earbud having an idle mode and an operational mode, the wireless earbud comprising:
>
> [20.a] an earbud housing;
>
> [20.b] a loudspeaker element;
>
> [20.c] a rechargeable battery; and
>
> [20.d] at least one main printed circuit board having disposed thereon circuitry for wireless radio communication, audio codec and earbud operation control;
>
> [20.e] wherein the circuitry is configured for automatic power preservation by:
>
> [20.e.1] detecting connection of said battery to a charger and in response entering the idle mode, wherein existing connections to a

second wireless earbud and to a wireless audio streaming host device will be disconnected; and

[20.e.2] detecting disconnection of said battery from said charger and in response entering the operational mode by:

[20.e.2.i] attempting a true wireless stereo, TWS, reconnection with the second wireless earbud;

[20.e.2.ii] if the attempt is successful, operating the wireless earbud as a TWS audio receiver and otherwise operating the wireless earbud as a mono wireless audio receiver;

[20.e.2.iii] if operated as a TWS audio receiver, determining whether the wireless earbud is a master device or a slave device with respect to the second wireless earbud;

[20.e.2.iv] if the wireless earbud is determined to be a master device, attempting to reconnect with the wireless audio streaming host device and other known wireless audio streaming host devices if applicable; and

[20.e.2.v] if reconnection with the wireless audio streaming host device fails, initiate a pairing procedure with the wireless audio streaming host device and other known wireless audio streaming host devices if applicable.

21. Based on publicly available information, Audio-Technica's Accused Products meet all elements of at least claim 20 of the '120 Patent.

22. On information and belief, and based on publicly available information, all of Audio-Technica's Accused Products have the same or similar technology regarding the below-identified features. On further information and belief, and based on publicly available information, The Audio-Technica ATH-TWX9 is representative of the Accused Products. Accordingly, the analysis of the ATH-TWX9 wireless earbuds that follows applies equally to each of the Accused Products.

23. The preamble of claim 20 recites a "wireless earbud having an idle mode and an operational mode." To the extent the preamble is determined to be limiting, the ATH-TWX9

5

wireless earbuds satisfy the preamble. Product literature for the ATH-TWX9 wireless earbuds confirms that they turn off automatically (i.e., enter "idle mode") when placed in the charging case for charging, and turn on (i.e. enter "operational mode") when removed from the case and inserted into the ears.[1]



24. Limitation [20.a] requires "an earbud housing." On information and belief each of the Accused Products satisfies limitation [20.a]. As seen in the figure below, the ATH-TWX9 includes an earbud housing:[2]



---

[1] *See* ATH-M20xBT User Manual at pages 19-20 and 35 (last visited July 2, 2025).
[2] *See* https://www.audio-technica.com/en-us/headphones/type/truly-wireless/ath-twx9 (last visited July 2, 2025).

No. 5:25-cv-01534

25. Limitation [20.b] requires "a loudspeaker element." On information and belief each of the Accused Products satisfies limitation [20.b]. As described on the Audio-Technica website, the ATH-TWX9 are "Designed for Premium Sound":[3]



26. Limitation [20.c] requires "a rechargeable battery." On information and belief each of the Accused Products satisfies limitation [20.c]. As described on the Audio-Technica website, the ATH-TWX9 have "approximately 6 hours of continuous playback and up to 12.5 hours of extended use with the charger (for 18.5 hours total)":[4]



---

[3] *See* https://www.audio-technica.com/en-us/headphones/type/truly-wireless/ath-twx9 (last visited July 2, 2025).
[4] *See* https://www.audio-technica.com/en-us/headphones/type/truly-wireless/ath-twx9 (last visited July 2, 2025).

No. 5:25-cv-01534

27. Limitation [20.d] requires "at least one main printed circuit board having disposed thereon circuitry for wireless radio communication, audio codec and earbud operation control." On information and belief each of the Accused Products satisfies limitation [20.d].

28. The ATH-TWX9 have "at least one main printed circuit board"[5]



29. The ATH-TWX9 have disposed on the at least one main printed circuit board "circuitry for wireless radio communication":[6]



---

[5] *See* https://fccid.io/JFZTWX9L/Internal-Photos/Internal-Photos-5486850.pdf (last visited July 2, 2025).
[6] *Id.*

8

No. 5:25-cv-01534

The circuitry for wireless radio communication uses Bluetooth 5.2 and supports the following "audio codecs": Qualcomm aptX Adaptive audio, Qualcomm aptX audio, AAC, and SBC.[7] The at least one main printed circuit board further provides "earbud operation control".[8]



30. Limitation [20.e.1] requires "[20.e] wherein the circuitry is configured for automatic power preservation by: [20.e.1] detecting connection of said battery to a charger and in response entering the idle mode, wherein existing connections to a second wireless earbud and to a wireless audio streaming host device will be disconnected."

31. As noted above with respect to the preamble, the ATH-TWX9 Wireless Earbuds automatically turn off (i.e. enter "idle mode") and disconnect any Bluetooth connections when a connection to the charging case is detected. Audio-Technica's support documentation clarifies: "Place the headphones in the charging case. The power will turn off automatically."[9] On information and belief, and based on testing of the Accused Products, when the earbuds are placed

---

[7] See https://www.audio-technica.com/en-us/headphones/type/truly-wireless/ath-twx9 (last visited July 2, 2025) and click "specifications".
[8] See ATH-M20xBT User Manual at pages 19-20 and 35 (last visited July 2, 2025) at page 12.
[9] See ATH-M20xBT User Manual (last visited July 2, 2025).

into their charging case, "existing connections to a second wireless earbud and to a wireless audio streaming host device" are disconnected.

32. Limitation [20.e.2.i] requires: "[20.e.2] detecting disconnection of said battery from said charger and in response entering the operational mode by: [20.e.2.i] attempting a true wireless stereo, TWS, reconnection with the second wireless earbud."

33. As noted above with respect to the preamble, the ATH-TWX9 Wireless Earbuds automatically turn on (i.e. enter "operational mode") when removed from their charging case. On information and belief, and based on product testing, the ATH-TWX9 are true wireless stereo earbuds.[10] On information and belief, and based on product testing, when the ATH-TWX9 are removed from their charging case and enter the "operational mode," the earbuds automatically attempt to reconnect and form a true wireless stereo (TWS) connection.

34. Limitation [20.e.2.ii] requires "if the attempt is successful, operating the wireless earbud as a TWS audio receiver and otherwise operating the wireless earbud as a mono wireless audio receiver." On information and belief, and based on product testing, if both ATH-TWX9 earbuds are removed from the charging case, a TWS connection is made with the second earbud using Bluetooth 5.2 protocols and the ATH-TWX9 earbud operates as a TWS audio receiver. On information and belief, and based on product testing, if only one earbud is removed from the case, causing the attempted TWS connection with the second earbud to fail, then the ATH-TWX9 earbud operates as a mono wireless audio receiver.

35. Limitation [20.e.iii] requires: "if operated as a TWS audio receiver, determining whether the wireless earbud is a master device or a slave device with respect to the second wireless

---

[10] *See* https://www.audio-technica.com/en-us/headphones/type/truly-wireless/ath-twx9 (last visited July 2, 2025) and click "overview".

earbud." On information and belief, and in accordance with the Bluetooth Core Specification Version 5.2, particularly in relation to the Link Manager Protocol and Link Layer, which define the roles of master and slave devices, the ATH-TWX9 earbud, after establishing a TWS connection with the second earbud, determines whether the earbud is a master device or a slave device with respect to the second wireless earbud.

36. Limitation [20.e.iv] requires: "if the wireless earbud is determined to be a master device, attempting to reconnect with the wireless audio streaming host device and other known wireless audio streaming host devices if applicable."

37. On information and belief and based on product testing as shown in the screengrabs below, the ATH-TWX9 true wireless earbuds meet limitation [20.e.iv].

38. Using "Packet Logger" on two MacBook devices (hereafter "Device 1" and "Device 2"), communications between the ATH-TWX9 and Device 1 and Device 2 were recorded.

[This Space Intentionally Blank]

39. First, Device 1 (*i.e.*, the "wireless streaming host device") and Device 2 (*i.e.*, "other known wireless audio streaming host device") were paired to the ATH-TWX9 (Bluetooth Address 34:DP:2A:6E:70:2A).



[This Space Intentionally Blank]

40. Then, when the earbuds were placed back in their case, they entered an idle mode and disconnected from each other and from Device 1 and Device 2 (*see* element [20.e.1], above).



[This Space Intentionally Blank]

No. 5:25-cv-01534

41. Thereafter, when the ATH-TWX9 were removed from the charging case, they entered an operational mode (*see* elements [20.e.2.i-20.4.iii], above) and automatically attempted to reconnect with previously paired Device 1 and Device 2 as shown by the "Connect Request" exchange between the ATH-TWX9 and Device 1 and Device 2.



14

42. Limitation [20.e.2.v] requires "if reconnection with the wireless audio streaming host device fails, initiate a pairing procedure with the wireless audio streaming host device and other known wireless audio streaming host devices if applicable."

43. As shown above, testing confirms that the ATH-TWX9 attempts to reconnect with "the wireless streaming host device" and "other known wireless audio streaming host device" (both, previously paired devices) (*see* as limitation [20.e.2.iv], above), for example, in response to an "connection request".

[This Space Intentionally Blank]

No. 5:25-cv-01534

44. If, however, reconnection with Device 1 and Device 2 fails (for example, if the ATH-TWX9 is no longer in Device 1's or Device 2's paired devices list, as shown below):



16

then, as shown by the screengrabs below, the ATH-TWX9 initiates a pairing procedure with the previously paired devices by advertising to Device 1 and Device 2 with, for example, the HCI Event "Inquiry Result – EIR" instead of attempting to reconnect.



17

46. Accordingly, Audio-Technica has directly infringed and continues to directly infringe one or more claims of the '120 Patent, including at least representative claim 20, in violation of 35 U.S.C. §§ 271(a) by, without authority, making, using, offering for sale, and/or selling the infringing products, systems, methods, and/or computer programs within the United States and importing the infringing products, systems, methods, and/or computer programs into the United States.

47. Audio-Technica's infringing activities have and continue to be without authority or license under the '120 Patent.

48. Earin has and continues to suffer damages as a direct and proximate result of Audio-Technica's direct infringement of the '120 Patent.

49. Earin is entitled to recover: (i) damages adequate to compensate Earin for Audio-Technica's direct infringement of the '120 Patent, which at a minimum, amounts to a reasonable royalty; (ii) attorney's fees; and (iii) costs.

**PRAYER FOR RELIEF**

WHEREFORE, Earin respectfully requests judgment against Audio-Technica as follows:

A. that this Court adjudge that Audio-Technica infringes the '120 Patent;

B. that this Court ascertain and award Earin damages under 35 U.S.C. § 284 sufficient to compensate for Audio-Technica's infringement, including but not limited to infringement occurring before the filing of this lawsuit;

C. that this Court ascertain and award Earin any post-judgment ongoing royalties under 35 U.S.C. § 284 as may be appropriate;

D. that this Court award Earin any applicable prejudgment and post-judgment interest; and

E. that this Court award Earin such other relief at law or in equity as the Court deems just and proper.

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38(b), Earin demands a trial by jury of all issues so triable.

Respectfully submitted,

**THE WEBB LAW FIRM**

Dated: July 23, 2025

s/ *Anthony W. Brooks*
Anthony W. Brooks (PA ID No. 307446)
Cecilia R. Dickson (PA ID No. 205708)
One Gateway Center
420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, PA 15222
412.471.8815
412.471.4094 (fax)
abrooks@webblaw.com
cdickson@webblaw.com

*AND*

OF COUNSEL:

Cristofer I. Leffler (*PHV forthcoming*)
**FOLIO LAW GROUP PLLC**
1200 Westlake Ave. N., Suite 809
Seattle, WA 98109
206.880.1802
cris.leffler@foliolaw.com

*Attorneys for Plaintiff*